UNITED STATES DISTRICT COURT
FOR DISTRICT OF CONNECTICUT

In re Application for Order | Case No. 3:17mj1277(JGM)

February 6, 2020

Motion to File Redacted Version of Application and Order

This matter was sealed by Court order on July 27, 2017. The Government does not object to the unsealing of the matter, but respectfully requests that the attached redacted versions of the application in support of the order (Doc. 1) and the order (Doc. 2) be filed on the public docket and that the full versions of those documents remain under seal.

The proposed redactions relate to the identity of an individual who was subject to a Writ of Habeas Corpus Ad Testificandum in connection to a grand jury matter and thus must be redacted pursuant to Fed. R. Crim. P. 6(e) and 49.1(f) and Local Rules of Criminal Procedure 57(b)(4)(A)(ii) and 57(b)(9).

A proposed redacted version of the application and this court's order is annexed hereto.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

*/s/ Michael J. Gustafson*

_____
MICHAEL J. GUSTAFSON
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct01503
U.S. Attorney's Office
450 Main Street, Room 328
Hartford, CT 06103
Tel.:   (860) 947-1101