# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

**FILED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **FILED UNDER SEAL** |
| | : | |
| v. | : | MISC. DOCKET NO. |
| | : | |
| JOHN DOE | : | |

2017 JUL 25 PM 3 34

U.S. DISTRICT COURT
NEW HAVEN, CT.

### APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, prosecuting in its own sovereign right and behalf by Michael J. Gustafson, Assistant United States Attorney for the District of Connecticut, and respectfully informs this Honorable Court:

1. It is requested, that on Wednesday, August 2, 2017 at 1:00 p.m., ███████████, Inmate No. ████, be turned over to Special Agents or Task Force Officers of the Homeland Security Investigations ("HIS"), or any other federal law enforcement agents, for a non-court proceeding related to an ongoing investigation.

2. The said person is now confined at ███████████████, Connecticut.

3. It is requested that the said facility turn over the said person to Special Agents or Task Force Officers of the Homeland Security Investigations ("HIS"), or any other federal law enforcement agents at said time and place for matters related to an ongoing investigation.

WHEREFORE, your petitioner respectfully prays that this Court may issue its Writ of Habeas Corpus Ad Testificandum to the Warden of ███████████████████████, Connecticut, and Special Agents and Task Force Officers of the Homeland Security Investigations ("HIS"), or any other federal law enforcement agents, ordering them to produce the said ███████ ██████, Inmate No. ██████, at 1:00 p.m. on Wednesday, August 2, 2017, ███████████████ ███████████████████████████, Connecticut, or from time to time thereafter, and to keep and maintain the witness in federal custody until such time as he may be returned to the custody of the ███████████████████, under proper, safe and secure conduct.

I declare under penalty of perjury that the foregoing is true and correct.

UNITED STATES OF AMERICA

DEIRDRE M. DALY
UNITED STATES ATTORNEY

MICHAEL J. GUSTAFSON
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct05153
157 Church Street, 25th Fl.
New Haven, CT 06510
Tel. (203) 821-3700